United States Bankruptcy Court
Eastern District of New York

――――――――――――――――――――X
IN RE:

        DARREN L FOSTER & JANINE WHITNEY-FOSTER
        826 VANDOZER STREET
        STATEN ISLAND, NY 10304

                      DEBTOR,
――――――――――――――――――――X

tmdr3574

CASE NO:    110-44981-NHL

CERTIFICATION OF
COMPLETED CHAPTER 13 PLAN

       MARIANNE DeROSA, Chapter 13 Trustee, states that upon information and belief, the Debtor has completed the Chapter 13 Plan. The Trustee will file a Final Report and Account when all payments to creditors have cleared her bank account. The Trustee requests that the Court keep the case open pending receipt of the Final Report and Account.

Dated:   Jericho, New York
             Jul 02, 2015

/s/Marianne De Rosa

Marianne De Rosa
Chapter 13 Trustee