# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−10−44981−nhl |
| Darren L Foster            Janine Whitney−Foster | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−3420            xxx−xx−4337 | |
| DEBTOR(s) | |

## NOTICE OF NO FINANCIAL MANAGEMENT CERTIFICATE AND/OR CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

Notice is hereby given that:

The above−named debtor(s) has not filed a Certificate of Completion of a course in Financial Management or Official Form 23 in accordance with Bankruptcy Rules 1007(c) **and/or** Certification Regarding Domestic Support Obligations pursuant to 11 U.S.C. Section 1328(a).

Unless the aforementioned Certificates are filed by July 24, 2015 , this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: July 9, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court