```
                        United States Bankruptcy Court
                         Eastern District of New York
```

In re:                                                              Case No. 10-44981-nhl
Darren L Foster                                                     Chapter 13
Janine Whitney-Foster
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0207-1          User: admin              Page 1 of 1           Date Rcvd: Jul 10, 2015
                              Form ID: 318             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2015.
db/jdb         +Darren L Foster,    Janine Whitney-Foster,    826 Vanduzer Street,    Staten Island, NY 10304-1920

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2015                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2015 at the address(es) listed below:
              David   Shaev    on behalf of Joint Debtor Janine  Whitney-Foster david@sflawny.com,
               ecf@sflawny.com;shaevlaw1@gmail.com;adam@sflawny.com
              David   Shaev    on behalf of Debtor Darren L Foster david@sflawny.com,
               ecf@sflawny.com;shaevlaw1@gmail.com;adam@sflawny.com
              Gabriel J Ferber    on behalf of Interested Party   Wells Fargo Financial New York bkcy@nfdlaw.com
              Hilary B Bonial    on behalf of Creditor   HSBC Mortgage Services notice@bkcylaw.com
              Marianne  DeRosa    Derosa@ch13mdr.com,    mderosa13@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 6

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−10−44981−nhl |
| Darren L Foster | Janine Whitney−Foster |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−3420 | xxx−xx−4337 |
| DEBTOR(s) | |

## NOTICE OF NO FINANCIAL MANAGEMENT CERTIFICATE AND/OR CERTIFICATION REGARDING DOMESTIC SUPPORT OBLIGATIONS

Notice is hereby given that:

The above−named debtor(s) has not filed a Certificate of Completion of a course in Financial Management or Official Form 23 in accordance with Bankruptcy Rules 1007(c) **and/or** Certification Regarding Domestic Support Obligations pursuant to 11 U.S.C. Section 1328(a).

Unless the aforementioned Certificates are filed by July 24, 2015 , this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: July 9, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 12/1/10]